IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BERT SPIRAL PIPE CORP. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 17-0066-CG-M |
| ) | |
| ELWOOD STAFFING SERVICES, ) | |
| INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER

The parties having filed a Joint Stipulation of Dismissal (Doc. 30), <u>all</u> claims in this cause are hereby **DISMISSED WITH PREJUDICE** pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each party shall bear Its own costs and attorney's fees.

**DONE and ORDERED** this 14th day of December, 2017.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE